AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
FEB - 2 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:23-mj-11 |
| **CHRISTOPHER SCOTT JONES** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 15, 2022__ in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of Minor(s) |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

*/s/ Peter Osyf*
Peter Osyf
Assistant United States Attorney

_____
*Complainant's signature*

Special Agent Desirae Maldonado, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 2, 2023

_____
*Judge's signature*

City and state: Norfolk, Virginia

The Honorable Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*