**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
- City: EDVA
- County/Parish:

**Under Seal:** Yes ☐  No ☒
**Superseding Indictment:**
**Same Defendant:**
**Magistrate Judge Case Number:** 4:23-mj-11
**Search Warrant Case Number:**
**R 20/R 40 from District of** _____

**Judge Assigned:**
**Criminal Number:** 4:23cr32
**New Defendant:**
Please set arraignment for 4/24 @ 2:00 in NN

### Defendant Information:
- Juvenile: Yes ☐  No ☒
- FBI#:
- Defendant Name: Christopher Scott Jones
- Alias Name(s):
- Address: 210 Quarter Trail, Apt. H, Newport News, VA 23608
- Employment:
- Birth Date: ____ 1980
- SS#: ____-4206
- Sex: M
- Race: Black
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- Interpreter: Yes ☐  No ☒  List Language and/or dialect:

### Location Status:
Arrest Date:

☒ Already in Federal Custody as of: 2/8/2023 at WTRJ.
☐ Already in State Custody     ☐ On Pretrial Release     ☐ Not in Custody
☐ Arrest Warrant Requested     ☐ Fugitive                ☐ Summons Requested
☐ Arrest Warrant Pending       ☐ Detention Sought        ☐ Bond

### Defense Counsel Information:
- Name:
- Address:
- Telephone:
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
- ☐ CJA attorney:

### U.S. Attorney Information:
AUSA Peter G. Osyf      Telephone No. 757-591-4000      Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**
FBI– SA Desirae Maldonado, 757-708-6344

### U.S.C. Citations:

| Set | U.S.C. | Description | | Counts |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Child | Felony | Counts 1-3 |
| Set 2 | 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Child | Felony | Counts 4-5 |
| Set 3 | 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography | Felony | Counts 6-7 |
| Set 4 | 18 U.S.C. § 2253 & 2428 | Forfeiture | | |