September 5, 2023

TO THE HONORABLE JAMAR K. WALKER,

My name is Deborah Jones, I am Christopher Jones's mother. I am a paralegal in Houston, Texas.

As I pen this letter I will paint some of the many wonderful qualities of my son that you're not aware of. You will come to know his heart. When I'm finished you will see the greater side of my son as you determine his future.

I carried Chris for 9 months while working two jobs. Chris is one of five children. One of the beautiful things about Chris is his kind heart and spirit. As a young child he was always giving of himself. He would give you the shirt off his back. His soothing voice would calm your spirit. He still has that calming voice. He was one of those children you didn't have to worry about. Chris didn't get into fights, he didn't skip school and he always tried to help people. In middle school he began playing the saxophone and played in the band until he graduated. Kenny G was his favorite saxophone player. During that time there wasn't sheet music so he learned to play songs by ear. During high school Chris participated in a talent show and a few of his friends formed a band called RJ Krew. It started out as a talent show contest, but it led to them playing at a number of events and also being the house band for a local talent show called VA Live. I still have all the videos of everywhere they played. Chris continued to play his sax, for instance at his oldest brothers' graduation party, and at my mom's wedding reception. Gives me chills thinking about it. So much talent Chris had and still does. He would also play his sax for the girls. He even volunteered to help my grandson (who lives in Houston) with sax lessons via skype because he was playing in the school band. Chris would play Kenny G songs all the time. I surprised him one year and took him to a Kenny G concert. The look on his face bought joy to my heart. To be able to make it possible for your child to live out one of his dreams is priceless. I remember the time he wanted a professional mouthpiece for his sax. We weren't rich, and he never once gripped about not having it, but truly wanted one. I threw a cruise for my daughter's graduation and presented him with that professional mouthpiece he so badly wanted. The look on his face was invaluable. Over the years he's acquired four (4) saxophones that he still has today.

Chris was that one that would give up something so that the other person wouldn't have to do without. He was Superman coming to the rescue. Chris was the one that would come to you when you were down to lift your spirit even when he was having a bad day. He always saw the good in people and always wanted to help people.

Let me tell you another story. Chris and his sister were close growing up. There came the time when his sister had to make a job move. We all had Dachshunds and his sister was no exception. She couldn't take Dakota Blue with her, so Chris said he'd keep her. Dachshunds are famous for having back issues, the nature of the breed. Sadly Dakota Blue's back gave out. Chris drove from Newport News to Richmond to have the vet look at Dakota. Much to our dismay there was not much they could do for Dakota. She would have to wear diapers and wouldn't be able to walk. This broke his heart to have to tell his sister the news. His sister said the humane thing to do

would be to let her go with dignity. Chris made the arrangements and shipped Dakota's remains to his sister. He didn't ask for a dime. The list goes on about all the great things Chris has done. How he cares about people and always willing to help. His heart is always in the right place.

When it came time for Chris to determine his career, he was torn between becoming a nurse and a firefighter. He always wanted to serve in a field where he could help people. He ended up choosing to be a firefighter. I was there when he went through the grueling test to even get into the academy. Chris was determined and he made it. The excitement was overwhelming. To see your child work hard at something and make it bought tears to my eyes. I was so proud of him. From that point on it was one accomplishment after another. Paramedic to EMT to Captain of the fire department. He worked for the fire department for seventeen years, seventeen years of dedicating his life to serve and help others, strangers. Dedicated to being the best he could be. Outside of his duties as a firefighter he worked at a local Emergency Room in addition to opening up his own lawn care business. All this to serve people who needed help and to support his family. Chris worked hard, put in long hours to support his family while putting himself last as most parents do. Chris would make it a point go over my grandmother's house, his great grandmother and help them in many ways while still being there for his growing family. Before Chris married, shortly after my grandmother died, to avoid my grandfather being put in a nursing home he decided to go live with him and care for his needs. This shows how much he put others first. This is who Chris is. Always thinking of others before himself. A kind and compassionate soul.

There was the time when he drove from Newport News to Suffolk just to cut an elderly man's lawn. Who does that? A person whose kind and compassionate. He is always willing to help others, even if it means putting himself out. He is always thinking of others and how he can make their lives better. He is sensitive to the needs of others and is always willing to lend a helping hand. He is a great listener and is always there to offer comfort and support.

The later part of 2022, Chris began working for Amazon and in less than 60 days he was promoted. That speaks volumes about his character. Sometimes I'd be on the phone while he was making deliveries and how he was always pleasant and kind to the people he was delivering to. Some days he'd have hundreds of packages to deliver. Despite having a bad knee and foot, he was still out there doing an excellent job without complaining. He'd wrap that knee up, wear compression socks and insoles in his shoes and kept it moving. He was dedicated to his goals and was willing to put in the effort to achieve them. He's not afraid of hard work and is always willing to go the extra mile. His fortitude and determination has contributed to his successes.

Chris has been a hardworking person with no incidents with the law. Chris was born with goodness, ideals and dreams, giving of himself, not just for his family, but for the community he's been a part of. Putting his life on the line as a firefighter to save lives. He loved his job. He even attended school for years while holding down three jobs and a family. Isn't that the character we want to see?

Chris has accomplished so much in his life up to this point and has so much more good positive things to give. He's always been a knight in shining armor to many. Coming to the rescue of others. Even those where he's been incarcerated for the last seven months come to him for

positive talks, encouragement, comfort and wisdom. This is the person you need to see. The real person. The kind and generous person. I can't express how much I love Chris, not because I'm his mother, but because of his kind and generous spirit. Many are only willing to touch the surface level of life. The cameo appearance or I'm looking for something in return kind of caring. This is the opposite of Chris. He lends a hand wherever he can, not looking for anything in return. I can't tell you how many times I called him and he'd always say "no problem." The many people he's helped over the years not looking for anything in return. If someone called out of work, Chris was right there. This is the person that stands before you.

As Chris treads this path of life he's still encouraging people with love and wisdom, like a gentle whisper reminding us we are never truly alone. This is Chris. This is his spirit. An invisible force that carries us forward. I have always been proud of my son. He is kind, compassionate, and intelligent. I know that my son is capable of great things. He has the potential to make a positive impact on the world. I urge you to consider my son's character, and respectfully grant him leniency.

Kind regards,

Deborah Jones